*United States District Court*
*District of Connecticut*
*FILED AT BRIDGEPORT*

Mar. 3, 2004

Kevin F. Rowe, Clerk

By Judy Fazekas

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DANIEL C. WALSH | : | CIVIL ACTION #:3:01cv01872 (JCH) |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| SARGEANT ERIC SOUSA, #S4 | : | |
| OFFICER RANDY IRELAND, #19 | : | |
| OFFICER AMERICO TAVARES, #27 | : | |
| OFFICER CAROLYN OBAR, #10 | : | |
| OFFICER PAUL MARKETTE, #33 | : | |
| OFICER THERON JOHNSON, #11 | : | |
| CAPTAIN JAMES FORTIN | : | MARCH 3, 2004 |
| Defendants | : | |

### *APPEARANCE*

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the Plaintiff in addition to other counsel of

record for the Plaintiff.

The Plaintiff, DANIEL WALSH

By /s/
Jason M. Lipsky, Esq.
Moynahan, Minnella, Broderick & Tindall
141 East Main Street
Waterbury, CT 06722
Federal Bar #: CT18332
203-573-1411
Plaintiff's Attorney

## **_CERTIFICATION_**

This is to certify that a copy of the foregoing has been mailed this 3rd day of March, 2004, to the following counsel of record:

Jessica A. Ranciato, Esq.
Gillis & Gillis
2 Whitney Avenue, Suite 502
New Haven, CT 06510

James Newhall Tallberg
Updike, Kelly & Spellacy, PC
One State Street, P.O. Box 231277
Hartford, CT 06123-1277

By_____
Jason M. Lipsky, Esq.