HONORABLE **HALL**
DEPUTY CLERK **BOROSKEI**   RPTR/ERO/TAPE **FIDANZA**

TOTAL TIME: ___ hours **30** minutes

DATE **3-17-04**   START TIME **4:02**   END TIME **4:30**
LUNCH RECESS FROM ___ TO ___
RECESS FROM ___ TO ___ (if more than 1/2 hour)

CIVIL NO. **3:01CV1872JCH**

**WALSH**
vs.
**SOUSA**

Plaintiffs Counsel: **JASON LIPSKY**

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Defendants Counsel: **JAMES TALLBERG**

## COURTROOM MINUTES - CIVIL (check one box)

- ☑ (mhrgh) Motion Hearing
- ☐ (confmhrg.) Confirmation Hearing
- ☐ (showhrg.) Show Cause Hearing
- ☐ (contmphrg.) Contempt Hearing
- ☐ (evidhrg.) Evidentiary Hearing
- ☐ (jgmdbexam.) Judgment Debtor Exam
- ☐ (pchrg.) Probable Cause Hearing
- ☐ (fairhrg.) Fairness Hearing
- ☐ (stlmthrg.) Settlement Hearing
- ☐ (mischrg.) Miscellaneous Hearing

MOTION DOCUMENT NO.

☑ ... #___   Motion **FOR SUMMARY JUDGMENT**   ☐ granted  ☐ denied  ☑ advisement

___ Hearing continued until ___ at ___