UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| -------------------------------------------------- : | |
| DANIEL C. WALSH                                  : | CASE NO. |
|     Plaintiff,               : | 3:01CV-01872(JCH) |
|                                                  : | |
| v.                                               : | |
|                                                  : | |
| SARGEANT ERIC SOUSA,#S4                          : | |
| OFFICER RANDY IRELAND, #19                       : | |
| OFFICER AMERICO TAVARES, #27                     : | |
| OFFICER CLYDE OBAR, #10                          : | |
| OFFICER PAUL MARKETTE, #33                       : | |
| OFFICER THERON JOHNSON, #11                      : | |
|     Defendants.              : | |
| _____ : | OCTOBER 12, 2004 |

### DEFENDANTS' MOTION IN LIMINE

Pursuant to Rules 402 and 403 of the Federal Rules of Evidence and Rule 26(a)(2) of the Federal Rules of Civil Procedure, the defendants Eric Sousa, Randy Ireland, Americo Tavares, Caroline Obar, Paul Markette, and Theron Johnson, respectfully seek an order to prevent the plaintiff from presenting any evidence at trial regarding (1) undisclosed experts, in particular, the testimony of Dr. Sidney S. Horowitz, Dr. Gerard Abidor, Dr. Kenneth Allen, Dr. Stephen Stein and M. Sarof, MSW.  The plaintiff failed to comply with Rule 26(a)(2) and should be precluded from introducing any evidence from his alleged experts.  Specifically, the plaintiff failed, in whole or in part, to

disclose such experts, to produce expert reports and/or the expert's qualifications and litigation histories, and the deadline for doing so has long since passed.

In addition, the defendants seek an order preventing the plaintiff from presenting any evidence at trial regarding (2) claims of malicious prosecution, which claims were dismissed on summary judgment; (3) claims of false arrest, which claims were dismissed on summary judgment; (4) claims of violations of plaintiff's First Amendment free speech rights, which claims were withdrawn by the plaintiff; (5) claims of "unreasonable or excessive bail bond" under the Eighth Amendment, which claims were withdrawn by the plaintiff; and (6) claims of violation of Fourteenth Amendment due process, which claims were withdrawn by the plaintiff.

Further, the defendants seek an order preventing the plaintiff from presenting any evidence at trial regarding (7) any previous lawsuits brought by any party against the named defendants or the Borough of Naugatuck Police Department arising out of events or occurrences unrelated to the facts of January 16, 2000, alleged in this matter. The plaintiff has raised no claims alleging or citing any prior improper conduct of the named defendants or the Borough of Naugatuck Police Department and any such evidence would not be relevant to the existing claims that the defendants used excessive force, committed assault and battery or intentionally inflicted emotional distress while attempting to subdue the plaintiff on the evening of January 16, 2000. The admission of such evidence is irrelevant

376395

and, alternatively, is prejudicial and can serve only to invite speculation, to cause confusion and to waste time and judicial resources.

    For the above reasons and as more fully discussed in the accompanying memorandum of law, the defendants respectfully request that this Motion in Limine be granted.

        RESPECTFULLY SUBMITTED,
        DEFENDANTS
        SARGEANT ERIC SOUSA, OFFICER RANDY IRELAND, OFFICER AMERICO TAVARES, OFFICER CAROLINE OBAR, OFFICER PAUL MARKETTE, and OFFICER THERON JOHNSON

        By: /s/ James N. Tallberg
            JAMES N. TALLBERG, ESQ.
            Federal Bar Number Ct17489
            UPDIKE, KELLY & SPELLACY, P.C.
            One State St., P.O. Box 231277
            Hartford, CT 06123-1277
            Tel. No. (860) 548-2600
            jtallberg@uks.com

**CERTIFICATION**

I hereby certify that on October 12, 2004, a copy of the foregoing, Motion in Limine, was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Jason M. Lipsky, Esq.
Moynahan, Minnella & Tindall LLC
141 East Main Street, P.O. Box 2242
Waterbury, Connecticut 06722
jlipsky@moynahanlawfirm.com

                          By: /s/ James N. Tallberg
                              JAMES N. TALLBERG, ESQ.
                              Updike, Kelly & Spellacy, P.C.

376395