UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DANIEL C. WALSH | : |
| VS. | : CIVIL NO:3:01CV01872(JCH) |
| SARGEANT ERIC SOUSA , #S4<br>OFFICER RANDY IRELAND, #19<br>OFFICER AMERICO TAVARES, #27<br>OFFICER CLYDE OBAR, #10<br>OFFICER PAUL MARKETTE, #33<br>OFFICER THERON JOHNSON, #11<br>CAPTAIN JAMES FORTIN | :<br>:<br>:<br>:<br>:<br>:<br>: JUNE 21, 2002 |

## DISCLOUSRE OF EXPERT

The Plaintiff, DANIEL C. WALSH, pursuant to Federal Rule 26(2)(B), hereby discloses the following as a medical provider of the Plaintiff who may be expected to give testimony in this case.

A. **Dr. Gerard Abidor, 435 New Haven Road, Derby, Connecticut 06418**. Dr. Abidor is expected to testify as to his examination of the Plaintiff and his findings arising out of that examination; as to causation of the Plaintiff's injuries; as to any disabilities of the Plaintiff and causation of same; and as to recommended treatment for the Plaintiff. The treating physician is expected to base his opinion upon his examination of the Plaintiff as well as upon his own expertise.

The Plaintiff is awaiting a written report by Dr. Abidor and will supplement his expert disclosure upon receipt of said report.

                    Respectfully Submitted,
                        The Plaintiff, Daniel Walsh

BY: _/s/ Jen Ranciato_
Jessica A. Ranciato, Ct 22942
Moynahan, Minnella, Broderick
    & Tindall
P.O. Box 2242
141 East Main Street
Waterbury, CT 06702
203-573-1411
203-757-9313 (fax)
His Attorney

## C E R T I F I C A T I O N

THIS IS TO CERTIFY that a copy of the foregoing Disclosure of Expert was mailed in the United States mail, first class, postage prepaid, on this 21st day of June, 2002, to the following.

James N. Tallberg, Esquire
UPDIKE, KELLY & SPELLACY, PC.C.
One State Street
P. O. Box 231277
Hartford, Connecticut  06123-1277

Kevin H. McSherry, Esquire
McSHERRY & SMITH
38 Fairview Avenue
Naugatuck, Connecticut 06770

_____
Jessica A. Ranciato