UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
. . . . . . . . . . . . . . .
DANIEL C. WALSH                  :
                                 :
VS.                              :   CIVIL NO:3:01CV01872(JCH)
                                 :
SARGEANT ERIC SOUSA , #S4        :
OFFICER RANDY IRELAND, #19       :
OFFICER AMERICO TAVARES, #27     :
OFFICER CLYDE OBAR, #10          :
OFFICER PAUL MARKETTE, #33       :
OFFICER THERON JOHNSON, #11      :
CAPTAIN JAMES FORTIN             :   OCTOBER 1, 2002
. . . . . . . . . . . . . . .
```

### DISCLOUSRE OF EXPERT

The Plaintiff, DANIEL C. WALSH, pursuant to Federal Rule 26(2)(B), hereby discloses the following as a medical provider of the Plaintiff who may be expected to give testimony in this case.

A.  <u>Sidney S. Horowitz, Ph.D., 133 Scovill Street, Waterbury, Connecticut 06706</u>.  Dr. Horowitz is expected to testify as to his examination of the Plaintiff and his findings arising out of that examination; as to causation of the Plaintiff's injuries; as to any disabilities of the Plaintiff and causation of same; and as to recommended treatment for the Plaintiff.  The treating physician is expected to base his opinion upon his examination of the Plaintiff as well as upon his own expertise.

The Plaintiff is awaiting a written report by Dr. Horowitz and will supplement his expert disclosure upon receipt of said report.

                            Respectfully Submitted,
                                The Plaintiff, Daniel Walsh

BY: _____
      Toya Alek Graham, ct00227
      Moynahan, Minnella, Broderick
        & Tindall
      P.O. Box 2242
      141 East Main Street
      Waterbury, CT 06702
      203-573-1411
      203-757-9313 (fax)
      His Attorney

# C E R T I F I C A T I O N

THIS IS TO CERTIFY that a copy of the foregoing Disclosure of Expert was mailed in the United States mail, first class, postage prepaid, on this 1st day of October, 2002, to the following.

James N. Tallberg, Esquire
UPDIKE, KELLY & SPELLACY, PC.C.
One State Street
P. O. Box 231277
Hartford, Connecticut  06123-1277


Kevin H. McSherry, Esquire
McSHERRY & SMITH
38 Fairview Avenue
Naugatuck, Connecticut 06770

_____
Toya Alek Graham

# CURRICULUM VITAE

## PERSONAL

Name: Sidney S. Horowitz

Work Address: 133 Scovill Street
Suite 211, Waterbury, CT 06706
(203) 573-9521   Fax: (203)573-8708

## EDUCATION

B.A.    Psychology - State University of New York at Binghamton, Harpur College, 1971

M.S.    Social Research - City University of New York, Hunter College, NIMH Fellowship, 1974

Ph.D.   Clinical Psychology, Ohio State University, NIMH Fellowship, 1982

## INTERNSHIP

1979 - 1980    Psychology Associate, West Haven VA Medical Center (Connecticut); A.P.A. approved, Yale University affiliate.

## LICENSURE

Licensed Clinical Psychologist, State of Connecticut, License # 001070

## PROFESSIONAL EMPLOYMENT

1995 - Present    Clinical Consultant - Department of Children and Youth Services

1993 - 1994    Consulting Psychologist, Joseph Center, St. Mary's Hospital; Assessment, diagnosis and consultation for patients involved in the chemical dependency treatment program.

1983 - Present    Independent Practice of Clinical Psychology: Assessment, diagnosis and treatment of children, adolescents and adults.

1983 - 1991    Director of Psychological Services -- Waterbury Regional Department of Pediatrics
Responsibilities include: (1) Psychological evaluation and treatment of children and families; (2) Consultation/education to staff and medical residents; (3) Chair, Child Protection Team; (4) Supervise the psychosocial component of the Department (Psychological Services, Parent Aide Project, Outreach Services); (5) Consult with community and State agencies.

1984 - 1991    Clinical Consultant - Connecticut Board of Education, Region 15.

1983 - 1987    Clinical Consultant - Department of Children and Youth Services, Region V, CT.

1981 - 1983    Consultant - Waterbury Regional Department of Pediatrics - Pediatric Ambulatory Care Unit.

| | |
|---|---|
| 1980 - 1983 | Director - New Directions: The Waterbury Chronic Juvenile Offender Program. |
| 1974 - 1976 | Research Scientist - Bureau of Social Science Research, New York State Office of Drug Abuse Services, New York City. |
| 1973 | Research Assistant - Community Medicine Department, Mt. Sinai Hospital, NYC |
| 1972 | Drug Abuse Specialist/Correction Supervisor, New York City Addiction Services Agency. |

## TEACHING EXPERIENCE:

| | |
|---|---|
| 1988 - Present | Assistant Clinical Professor of Psychiatry, Yale University School of Medicine |
| 1991 - 1997 | Assistant Clinical Professor of Pediatrics, University of Connecticut School of Medicine |
| 1989 - 1991 | Adjunct Clinical Faculty, Division of Professional Psychology, Antioch University |
| 1983 - 1991 | Assistant Professor of Pediatrics, University of Connecticut, School of Medicine |

## PRESENTATIONS:

"Cognitive Restructuring Techniques with an Incarcerated Adolescent / Young Adult Population", ", Presentation for the Connecticut Department of Corrections, USD1, June 14, 2002, Hartford, CT

"Facts and Fears: Understanding Children in Frightening Times", Presentation at the First Annual Benjamin Berliner, MD Pediatric Conference, April 10, 2002, Waterbury, CT

"Adolescent Development", Presentation for the Connecticut Department of Corrections, USD1, February 20, 2002, Manchester, CT.

"The Emotional and Psychological Impact of Domestic Violence on Children", Presenter at Naugatuck Valley Community College Conference on Domestic Violence, April 4, 2001, Waterbury, CT.

"Ages and Stages of Child Development", Presenter and Facilitator at DCF Foster & Adoptive Parent Conference, May 24, 1999, Southbury, CT

"When the Victim is a Child: Preparing for Court". Presenter and Panelist at the CT. Chapter of the American Professional Society on the Abuse of Children Annual Meeting, June 3, 1998, Hartford, CT.

"How to talk with Teenagers", A presentation to St. Mary's Hospital - Teen Pregnancy program, October 23, 1997, Waterbury, CT.

"Recognizing and Dealing with Child Abuse", A presentation to St. Mary's Hospital, April 18, 1996, Waterbury, CT

"For the Good of the Child" Panelist, The Senate President's Conference on Abused and Neglected Children, October 13, 1995, Hartford, CT.

"Am I Pushing My Child Too Hard...?" A workshop sponsored by the Jewish Federation of Greater Waterbury, September 14, 1995, Southbury, CT.

"Child Sexual Abuse: A Developmental Perspective" A workshop sponsored by CONNSACS, January 24, 1995, Waterbury, CT.

"Child Sexual Abuse: Doing a Forensic Investigation/Evaluation" A workshop sponsored by the Child Abuse Investigation Team of NW CT. November 16, 1994.

"Understanding Your Adolescent", Guest speaker on WATR Radio Talk Show, Waterbury, CT., March 22, 1994

"Forensic Interview of the Sexually Victimized Child", Presenter and panelist at the State Wide CONNSACS Meeting, January 12, 1994, Waterbury, CT.

"Adolescent Issues and Strategies"; A presentation to C.H.A.D.D. (A support group for Children and Adolescents with Attention Deficit Disorder), St. Mary's Hospital, November 17, 1993.

"The Psychological Effects of Divorce on Children: A Developmental Perspective", A Workshop Presented to Connecticut Family Relations Officers, Superior Court, March 16, 1993, Waterbury, CT.

"Children's Rights: The Juvenile Justice System", Panel Discussion at a Joint Meeting of UCONN/Mount Sinai Hospital Outpatient Services, Child and Adolescent Protection Team, December 4, 1992, Hartford, CT.

"The Child as a Witness", Grand Rounds Presentation at Grandview Psychiatric Resource Center, Waterbury Hospital, May 6, 1992, Waterbury, CT.

"How To Talk To Your Teenager", Presentation to Parents Association at Northend Middle School, Waterbury, CT, February 26, 1992

"The Child Witness", Grand Rounds Presentation at Montefiore Medical Center, January 13, 1992, Bronx, New York.

"Active and Overactive Children", Guest speaker on WQQW Radio Talk Show, October 17, 1991, Waterbury, CT.

"Children and their Fears: From Darkness to the War", Keynote Speaker at the Early Childhood Education Conference, April 3, 1991, Wolcott, CT.

"Childhood Fears: War in the Persian Gulf", Guest Speaker on WQQW Radio Talk Show, January 24, 1991, Waterbury, CT.

"Child Abuse and Neglect in the Preschool Age Child", presented to Waterbury Area Head Start Programs, January 14, 1991, Waterbury, CT.

"What Jennifer Knew", Psychological consultant and participant in television documentary about children in the legal/court environment. September 21, 1990, Connecticut Public Television.

"Self-Esteem in School Age Children", Presentation at St. Peter and Paul's School, March 16, 1990, Waterbury, CT

"What Your Child Wants To Know", Presentation to The Waterbury Public Health Nursing Division, February 16, 1990, Waterbury, CT

"Teaching Parenting Skills", Presentation at the Yale Perinatal Education Program, February 5, 1990, New Haven, CT.

"Domestic Violence and Child Abuse", Panelist at all day training seminar, Waterbury Hospital, January 22, 1990

"Separation and Attachment", Workshop facilitated for the P.A.T.H. Program at Yale New Haven Hospital, October 16, 1989.

"Assisting the Child Witness in Child Sexual Abuse Cases", Presentation to a CONNSACS Training Symposium, May 8, 1989, Waterbury, CT.

"Child Sexual Maltreatment", Guest Speaker on WQQW Radio Talk Show, February 2,, 1989, Waterbury, CT.

"The Child as Witness", Presentation at a conference concerning "Federal Crimes Against Children: New Initiatives in Combating Child Exploitation", February 16 & 17, 1989, Alexandria, Virginia.

"The Psychological Concomitants of The Child as Witness", Paper presented to the Child Guidance Clinic of Waterbury, January 25, 1989.

"Perinatal Crisis and Loss: Psychological Coping Strategies", Workshop facilitated for the P.A.T.H. Program at Yale New Haven Hospital, November 17, 1988.

"Child Abuse Intervention and Prevention for Probation Officers", Workshop presented for the Office of Adult Probation, June 3, 1988.

"Testimony of Sexually Abused Children in Divorce/Custody Cases", Symposium presented at a meeting of the Connecticut Bar Association, Family Division, May 10, 1988.

"Trauma to the Child: The Effects of Child Abuse and Neglect", Paper presented at conference: "Investigating Child Abuse and Neglect in Day Care Settings", April 22, 1988.

"Depression and Suicide in Children and Adolescents", Workshop presented at the Connecticut Association for Counseling and Development, March 15, 1988.

"The Female Sex Offender - Clinical Perspectives", Presentation for the North Central Coalition for Children, December 7, 1987.

"Children in the Court - Psychosocial, Developmental and Legal Perspectives", Presentation at the Connecticut Psychological Association, December 5, 1987.

"Court Room Testimony of Sexually Abused Children". Presentation at Grand Rounds, Department of Psychiatry, Waterbury Hospital, June 10, 1987.

"Children's Testimony in Child Sexual Abuse Cases". Symposium presented at the Connecticut Judges Association, April 15, 1987.

"The Psychological Effects of Child Sexual Maltreatment". Presentation of Divorce Experience Workshop, Sponsored by Family Relations Division, Superior Court of Waterbury, April 30, 1986.

"Clinical Investigation of Child Sexual Maltreatment", all day workshop, sponsored by UCONN STEP Program, March 14, 1986.

"Sexual Abuse of Children: The Psychological Sequelae". Presentation at Grand Rounds, Department of Psychiatry, Waterbury Hospital, February 19, 1986.

"Intake and Assessment Techniques with Sexually Abused Children". Presentation at Collaboration of Connecticut's Children Training Conference, June 1985.

"Child Sexual Abuse". Presentation and Facilitation of all day workshops as part of UCONN Mid-winter Workshop Series, March 28, 29, and April 12, 1985.

"Psychological Considerations in the Pretrial Videotaping of Sexually Molested Children". Presented at the semi-annual meeting of the Connecticut Bar Association, November 18, 1985.

"Psychological Correlates of Fixated and Regressed Male Pedophiles". Presented to the Psychology Division of the Whiting Forensic Institute, Connecticut. May 1984.

"Child Abuse in Connecticut: How to Protect Our Children". Panel discussion, WTXX, Channel 20, Connecticut. July 1984.

"Psychosocial Sequelae of Child Sexual Abuse". Presented at the New England Community Action Association Meeting. October 1984.

"The Couvade Ritual and Couvade Phenomenon in Expectant Fatherhood", Presented to the Psychology Service at the West Haven VA Medical Center, Connecticut. May 1982.

"A Psychosocial View of Expectant Fatherhood", presented to Yale-New Haven Hospital School of Nursing. January 1982.

"Expectant Fatherhood: Psychological Implications of Becoming a Father".
Grand Round presented to the Waterbury Regional Department of Pediatrics, 1981.

"Differential Credibility of Drug Abuse Education Sources: A Video Experimental Comparison", presented at the American Education Research Association, San Francisco, California, 1976, with Miran & Morrison.


PUBLICATIONS:

Expectant Fatherhood: An Experimental Comparison of Training Programs for Anticipatory Fathers", Doctoral dissertation, Ohio State University, 1982.

"A Plan to Aid the Senior Residents of CDS District Eight: The Final Report", February 1979. (with A. Schwebel & J. Kaswan).

"The Influence of Perceived Characteristics on Student Assessment of a Drug Education Talk:, International Journal of the Addictions: 14, (1) 147 - 154, 1979, with R. Dembo.

## COMMUNITY PARTICIPATION:

Member, Governor's Connecticut Task Force on Divorce, Custody and Visitation, 2002 – Present

*Special Master* - Superior Court, State of Connecticut Regional Family Trial Docket, 1995-Present

Member, Advisory Board, National Task Force for Children's Constitutional Rights, 1990 – 1999

Member, Directors of Psychology Conference - Connecticut Hospital Association, 1987 - 1991

Member (Clinical Consultant), DCYS Advisory Committee on Child Abuse and Neglect in Day Care Settings, 1987 - 1988.

Member, Steering Committee, Connecticut Child Abuse Task Force, 1984 - 1987.
Chair, Identification Task Group, 1984 -1986.

Member, Board of Directors: Family Service Association of Waterbury, 1985 - 1990

Member, Practice Research Project, Connecticut Department of Children and Youth Services, 1984 - 1986

Chair, Board of Directors, New Directions of Waterbury, Inc., 1984 - 1988

Member, Steering Committee, Department of Children and Youth Services: Child Protection Teams, January - May, 1984

## PROFESSIONAL AFFILIATION:

National Register of Health Service Providers in Psychology ( # 41362)

American Orthopsychiatric Association (Fellow)

Connecticut Psychological Association

American Psychological Association (# 1721-7268)
    Division 12: Clinical Psychology
    Division 29: Psychotherapy
    Division 30: Psychological Hypnosis
    Division 37: Child, Youth and Family Services
    Division 41: American Psychology – Law Society
    Division 42: Psychologists in Independent Practice
    Division 43: Division of Family Psychology

National Academy of Neuropsychologists

Professional Academy of Custody Evaluators (Diplomate)

American Professional Society on the Abuse of Children

American College of Forensic Examiners (Member)

American Board of Forensic Examiners (Diplomate)

American Board of Psychological Specialities (Diplomate)

American Academy of Doctors of Psychology (Fellow)