GERARD ABIDOR, D.O.
ORTHOPAEDIC MEDICINE
INTERNAL MEDICINE
435 New Haven Avenue
Derby, Connecticut 06418

TELEPHONE: 203.736.0086
FAX: 203.736.0097

# MEDICAL REPORT

MEMBER

AMERICAN ASSOCIATION OF ORTHOPAEDIC MEDICINE
AMERICAN MEDICAL ASSOCIATION
AMERICAN ACADEMY OF DISABILITY EVALUATING PHYSICIANS
AMERICAN COLLEGE OF OCCUPATIONAL AND ENVIRONMENTAL MEDICINE
AMERICAM COLLEGE OF PHYSICIANS

August 25, 2002

RE: Daniel Walsh
DOB: January 7, 1948
D/A: January 16, 2000

**CHIEF COMPLAINT: persistent left arm pain**

Daniel Walsh is a 54-year-old white male who was seen at the office on February 20, 2002 for evaluation of injuries of the left arm and shoulder sustained as a result of an incident which occurred on January 16, 2000. According to the patient and also according to medical records and police reports, on or about January 16, 2000, the patient had contacted emergency services, 911, indicating he was "burning himself". Upon arrival at the patient's residence, while the police were attempting to take Mr. Walsh into custody, there apparently was some resistance resulting in a struggle between police officers and Mr. Walsh. Subsequent to the struggle, Mr. Walsh suffered injury to the left arm. The injuries subsequently proved to be a fracture of the left humeral head and surgical neck which ultimately required reduction and surgical internal pinning. He had subsequently had courses of physical therapy. He has now reached a plateau in his symptomology. Present symptoms include left upper arm pain which does not radiate. He has restricted range of motion. He has no other complaints at this time.

Past medical history is remarkable for paranoid schizophrenia, left groin hernia 30 years prior, and depression. He is allergic to Ativan by history. His present medications include Wellbutrin, Zyprexa, and Depakote. His family history is remarkable for father with depression. The patient is single. He is on military disability for schizophrenia. He uses tobacco and alcohol.

Review of systems reveals the patient denies any earache or hearing loss, epitasis or nasal discharge, hoarseness, dysphagia, chest pain, shortness or breath, abdominal pain, nausea or vomiting, fatigue or weakness, numbness or tingling, urinary urgency, frequency or dysuria, polyuria, polydipsia, or weight loss, or food or environmental allergies.

Physical examination reveals the patient is sitting comfortably in no acute distress. Height is 5 feet 8 inches tall, weight 220 pounds. Respirations are 12 and non-labored.

Examination of the head, eyes, ears, nose and throat reveals pupils are equal and active to light in both the direct and consensual response. Extra ocular motions are intact. There are no obvious external ear lesions noted or palpated. The oropharynx is without erythema or exudates or lesions. Neck examination reveals the trachea to be in the midline without JVD or thyromegaly. There are no carotid bruits auscultated. Lymphadenopathy is absent in the cervical, supraclavicular, infraclavicular, and axillary regions. Respiratory effort is non-labored, the lungs are clear to auscultation in all fields. Cardiac examination reveals normal S1 and S2 without murmurs, gallop, click or rub. Abdominal examination reveals the abdomen to be soft, without tenderness or guarding, there is no palpable hepatosplenomegaly. There is no abdominal bruit auscultated. Examination of the extremities does not reveal any digital clubbing or cyanosis. There is no

Re: Daniel Walsh

lower extremity edema noted. Examination of the skin reveals multiple scars on the upper extremities.

Examination of the musculoskeletal system reveals the patient walks with a normal gait. The digits are normal. There are no effusions noted in any of the extremity joints bilaterally. There is restricted range of motion in the left arm and shoulder in flexion, abduction, external rotation, and internal rotation. There is no point tenderness noted. Motor examination of the upper and lower extremities reveals strength to be 5/5 bilaterally.

Neurologic examination reveals the patient is alert, and oriented to person, place and time. Cranial nerves II-XII are grossly intact. Deep tendon reflexes are 2/4 at the upper and lower extremities bilaterally. Sensation to light touch is intact along the dermatomes of the upper and lower extremities bilaterally.

ASSESSMENT:

1. Residual post-traumatic fracture of left humeral head and neck with residual loss of range of motion.

PLAN:

1. It is my opinion that this patient has reached maximum medical improvement regarding his left arm injury. He has functional loss of use of the left upper extremity. Based on the goniometric measurements taken at the veterans administration hospital, it is my opinion that this patient has sustained an 8 percent permanent partial impairment of the left upper extremity as a result of residual post-traumatic functional range of motion loss of the left glenohumeral joint. Should he have any exacerbations, he should follow up with the Veterans Administration hospital.

COMMENTS:

Based upon review of the medical records and police report, it is my opinion that the injuries sustained by Mr. Walsh were causally related to the struggle which occurred on January 16, 2000 between Mr. Walsh and the police officers who where attempting to restrain Mr. Walsh.

*[signature]*

Gerard Abidor, D.O.

Member, American Academy of Disability Evaluating Physicians

Cc:    Attorney Jessica Ranciato
       File