UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

WALSH

V.                          Case Number:  3:01cv1872JCH

SOUSA

NOTICE TO COUNSEL
--------------------

The above-entitled case was reported to the Court on 11/09/04 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on December 9, 2004 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Bridgeport, Connecticut, November 17, 2004.


KEVIN F. ROWE, CLERK

By: /s/Catherine Borsokey
    Catherine Boroskey
    Deputy Clerk