UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

DANIEL WALSH

v                                                      3:01cv1872JCH

SARGENT ERIC SOUSA- #S4, OFFICER
RANDY IRELAND- #19, OFFICER AMERICO
TAVARES- #27, OFFICER CLYDE OBAR- #10,
OFFICER PAUL MARKETTE- #33, OFFICER
THERON JOHNSON- #11, CAPTAIN JAMES
FORTIN

J U D G M E N T

Notice having been sent to counsel of record on November 17, 2004, pursuant to

L.R. 41(b) indicating that the above-entitled case would be dismissed if closing papers

were not filed on or before December 9, 2004, no closing papers having been filed,

It is hereby ORDERED that this action is dismissed, pursuant to Local Rule 41(b),

without costs to any party and without prejudice to the right of any party thereto to move

within thirty (30) days hereof, upon good cause shown, to reopen the case if the settlement

has not been consummated.

Dated at Bridgeport, Connecticut this 22nd day of December, 2004.

KEVIN F. ROWE, Clerk

By:  /S/ Catherine Boroskey_____
        Deputy Clerk

ENTERED ON DOCKET_____